IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:05CV260

| | |
|---|---|
| YVONNE SANDERS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| JOANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion following notification by the Clerk's office that through no fault of the Plaintiff, the Summons has not been issued.

**NOW, THEREFORE, IT IS ORDERED:**

1. The time for service of process is extended 120 days from this date.

2. The Clerk is directed to prepare the Summons and deliver it along with a copy of the Complaint to the United States Marshal for service at government expense.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: September 27, 2006

David C. Keesler
United States Magistrate Judge