# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Yvonne Sanders,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                      3:05cv260

Joanne Barnhart, Commissioner of Social Administration,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/19/07 Order.

                                                          Signed: July 20, 2007

                                                          Frank G. Johns, Clerk
                                                          United States District Court